IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARLENE GONZALES,

    Plaintiff,                        Case No. 2:10-cv-2634 MCE DAD PS

    vs.

INDYMAC BANK, FSB, et al.,

    Defendants.                 ORDER

_____/

        The pro se plaintiff in this mortgage loan foreclosure case has filed an ex parte application for leave to record a notice of lis pendens. Plaintiff's boilerplate application lacks support, and the allegations of plaintiff's complaint do not demonstrate that plaintiff is more likely than not to obtain a judgment against any defendant. See California Code of Civil Procedure §405.21, Code Comment.

        Accordingly, IT IS ORDERED that plaintiff's motion (Doc. No. 3) is denied.

DATED: November 11, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\gonzales2634.ord.lispendens