IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARLENE GONZALES,

    Plaintiff,

vs.

INDYMAC BANK, FSB, et al.,

    Defendants.
_____/

Case No. 2:10-cv-2634 MCE DAD PS

ORDER VACATING STATUS (PRETRIAL SCHEDULING) CONFERENCE

    By order filed November 12, 2010, this matter was set for a Status (Pretrial Scheduling) Conference before the undersigned on February 11, 2011. On December 13, 2010, defendants Mortgage Electronic Registration Systems, Inc. and U.S. Bank National Association moved to dismiss plaintiff's complaint. Plaintiff failed to file written opposition and failed to appear at the hearing of the motion on January 21, 2011. The unopposed motion was taken under submission. On January 10, 2011, defendant First American Title Insurance Co. filed a motion to dismiss plaintiff's complaint , and that motion is set for hearing before the undersigned on February 25, 2011. In light of the pending motions, it would be premature to hold a scheduling conference on February 11, 2011.

/////

/////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Status (Pretrial Scheduling) Conference set for February 11, 2011, at 11:00 a.m. before the undersigned is vacated as premature.

2. Plaintiff is relieved of the obligation to file and serve a status report on or before January 28, 2011, and all defendants are relieved of the obligation to file and serve a status report on or before February 4, 2011.

DATED: January 24, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\gonzales2634.ord.vac.statconf